IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | | |
|---|---|---|
| WAYCASTER TIRE SERVICE, INC.<br>　　Plaintiff, | § § | |
| v. | § § | CAUSE NO. 3:23-cv-00218-KHJ-MTP |
| UNITED COMMUNITY BANK,<br>FISERV, INC., and FIRST DATA<br>MERCHANT SERVICES, LLC<br>　　Defendants. | § § § § | |

**PLAINTIFFS' FIRST MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Waycaster Tire Service, Inc. ("Plaintiff" or "Waycaster"), by and through undersigned counsel, hereby files this Motion for Leave to File Amended Complaint and respectfully requests that the Court accept Plaintiff's Amended Complaint, attached hereto as **Exhibit A**.

## I.　　RELEVANT BACKGROUND

On November 14, 2022, Plaintiff filed its original complaint in North Carolina state court alleging two claims, negligent misrepresentation, and negligence, against Defendants Fiserve, Inc., United Community Bank, and First Data Merchant Services, LLC (collectively, "Defendants"). (Doc. 1-1). On or about December 22, 2022, Defendants removed the case to the Western District of North Carolina. *Id*. Defendants subsequently filed motions to dismiss, which included a motion to transfer. (Docs. 7,8). On March 29, 2023, this case was transferred to the Southern District of Mississippi. (Doc. 19). The motions to dismiss were later refiled on August 15, 2023. (Doc. 29).

1

## II. LEGAL STANDARD AND ARGUMENT

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Thus, the court has the discretion to grant or deny a request for leave to file an amended pleading. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 330, 91 S. Ct. 795, 28 L. Ed. 2d 77 (1971) ("It is settled that the grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court."); *see also Goldstein v. MCI WorldCom*, 340 F.3d 238, 254 (5th Cir. 2003) (explaining that "a district court's discretion to deny a litigant leave to amend under [Rule 15(a)] ... is limited because Rule 15 evinces a bias in favor of granting leave to amend.").

When deciding a motion to amend under Rule 15, the Court must consider various factors including: "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment." *Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Through the Amended Complaint, Plaintiff seeks to allege three new, viable claims under Mississippi law. These new claims include promissory estoppel, breach of oral contract, and violations of the Mississippi Consumer Protection Act, Miss. Code Ann. § 75-24-5 et seq. Plaintiff will allege additional facts and information in support of these claims.

Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

Plaintiff moves to file the Amended Complaint within the time permitted by the Court in the relevant scheduling order. (Doc. 27). It is Plaintiff's first attempt to amend its pleadings and because this case was transferred to a new jurisdiction, Plaintiff should be able to amend its complaint to reflect claims available under applicable law. Thus, an amendment to the complaint would better serve the interests of justice by ensuring the complaint accurately reflects the claims and potential evidence available in this case.

As this motion is self-explanatory, Plaintiff requests to be relieved of submitting a supporting memorandum.

### III.   CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for leave and accept Plaintiff's Amended Complaint, attached hereto as Exhibit A, as timely filed.

Respectfully submitted this 15th day of August 2023.

By: /s/ Keith B. French

    Keith B. French *(lead counsel)*
    KEITH B. FRENCH LAW, PLLC
    Texas Bar No. 24115073
    kfrench@peoplefirstfirm.com
    401 E. Capitol Street, Suite 515
    Jackson, MS 39201
    Tel.: (601) 376-9306
    Fax: (832) 243-1927

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2023, a true and correct copy of the foregoing instrument was served electronically via the Court's CM/ECF system on all counsel of record.

                                           /s/ *Keith B. French*
                                            Keith B. French