UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WAYCASTER TIRE SERVICE, INC.                                                         PLAINTIFF

V.                                              CIVIL ACTION NO. 3:23-CV-218-KHJ-MTP

UNITED COMMUNITY BANK, et al.                                                   DEFENDANTS

FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED, this the 10th day of July, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE